# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANU PATOLIA,<br><br>    Plaintiff,<br><br>    v.<br><br>NUTRAMED HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No. CV 14-6493 FMO (JEMx)<br><br>**JUDGMENT** |

Pursuant to 9 U.S.C. § 13 and the Court's Order re defendant's Motion for Confirmation of Arbitration Award and Entry of Judgment, issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED that judgment is entered in favor of defendant NutraMed Holdings, Inc. (now known as Elite One Source NutriSciences, Inc.) jointly and severally against: (1) plaintiff Manu Patolia, as Stockholder Representative; (2) stockholder Manu and Nirmala Patolia Family Trust, dated September 29, 2004 (the "Trust"), and Manu Patolia and Nirmala Patolia as trustees of the Trust; and (3) stockholder Dhirujlal H. Patolia in the amount of $811,753.00, plus pre- and post-judgment interest as permitted under applicable law.

Dated this 14th day of July, 2016.

                                                               /s/
                                         Fernando M. Olguin
                                    United States District Judge